# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ASUNCION ESCUDERO, et al., ) | | 3:12-CV-0628-MMD (VPC) |
| ) | | |
| Plaintiffs, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | May 6, 2014 |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant filed a motion to strike expert report of Dr. Howard Sawyer and to exclude Dr. Sawyer's testimony at trial (#49). In response, plaintiffs filed a notice of withdrawal of expert witness Howard Sawyer (#54), and a notice of non-opposition to motion to strike expert (#55).

The expert report of Dr. Howard Sawyer shall be deemed **WITHDRAWN** and Dr. Sawyer's testimony will be excluded at trial. Defendant's motion to strike expert report and to exclude Dr. Sawyer's testimony at trial (#49) id **DENIED as moot.**

The court will hear argument on plaintiffs' motion to strike defendant's expert witnesses (#47) and the amended proposed discovery plan and scheduling order (#53) at the hearing on Friday, May 9, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk